MATTHEW S. FOY (SBN: 187238)
mfoy@grsm.com
JAMES L. ELLISON (SBN: 302372)
jlellison@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FEDERATED MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PDF PRINT COMMUNICATIONS INC.<br><br>Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, and DOES 1-100, inclusive<br><br>Defendants. | Case No. 2:21-cv-09896-MWF-AGR<br><br>**ORDER**<br><br>Complaint Filed: November 22, 2021 |

Having considered the parties' Stipulated Protective Order, the Court finds that good cause exists to grant the Stipulated Protective Order.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: December 15, 2022

_____
HON. ALICIA G. ROSENBERG
United States Magistrate Judge

-1-
ORDER